Angela Q. Nevarez (SBN 253571)
Angela.Nevarez@jacksonlewis.com
Taline D. Markarian (SBN 328832)
Taline.Markarian@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 S. Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL STEPHENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO: 2:26-cv-01282-BFM**<br><br>[*Assigned for all purposes to Magistrate Judge Brianna Fuller Mircheff*]<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED:    JUNE 16   , 2026          _____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

4906-7071-8129, v. 1

1

ORDER RE STIPULATED PROTECTIVE ORDER